■ In the Matter of ARLINGTON CENTRAL SCHOOL DISTRICT, Respondent, v PROGRESSIVE CASUALTY INSURANCE COMPANY,

Appellant. [51 NYS3d 876]—Amended order and judgment (one paper), Supreme Court, New York County (Joan M. Kenney, J.), entered August 8, 2016, which, among other things, granted petitioner's petition to confirm an arbitration award in its favor, and denied respondent's cross petition to vacate the award, unanimously affirmed, without costs.

The arbitrator's award calculations were supported by the plain language of Insurance Law § 5102 (a) and (b) (*see Kurcsics v Merchants Mut. Ins. Co.*, 49 NY2d 451, 456-457 [1980] [analyzing the former sections of the Insurance Law]).

We have considered respondent's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Richter, Andrias, Feinman and Kahn, JJ.